DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE DISCOUNT WAREHOUSE, INC.,**
Appellant,

v.

**CIPHER INTERNATIONAL, INC.,**
Appellee.

No. 4D17-2228

[March 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 16-014333 CACE (03).

John J. Shahady of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN H., Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*